PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 12 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Stephanie Anne Strong | Case Number: 2:07CR00148-001 |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: January 5, 2009 | Type of Supervision: Supervised Release |
| Original Offense: Theft or Receipt of Stolen Mail, 18 U.S.C. § 1708; Bank Fraud, 18 U.S.C. § 1344 | Date Supervision Commenced: December 23, 2013 |
| Original Sentence: Prison - 30 months<br>TSR - 36 months | Date Supervision Expires: December 22, 2016 |

## PETITIONING THE COURT

To remove the condition of supervision as follows:

27  You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Stephanie Anne Strong was sentenced on January 5, 2009, to 30 months incarceration, with a 36-month term of supervised release to follow. As a special condition of her supervised release, Ms. Strong was ordered to complete up to 180 days at the residential reentry center (RRC).

Ms. Strong was released directly to her mother's home in December 2013, and within weeks had obtained full-time employment. Ms. Strong resides with her mother and her son, both of whom she is working to rebuild her relationship with. Her employer is aware of her conviction and supportive of her and her supervision. Ms. Strong has no intention of moving from this residence in the near future.

Due to Ms. Strong having obtained a full-time job, and having secured stable housing at the time of her release, it is requested that the above-referenced condition be removed. It is the undersigned officer's belief that putting Ms. Strong back at the RRC would only have a negative impact on her progress at this time.

Prob 12B
**Re: Strong, Stephanie Anne**
**March 11, 2014**
**Page 2**

|  | Respectfully submitted, |
|---|---|
| by | s/Cassie Lerch |
|  | Cassie Lerch |
|  | U.S. Probation Officer |
|  | Date: March 11, 2014 |

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

3/12/14
Date