PROB 12C
(7/93)

Report Date: November 7, 2014

# United States District Court

for the

Eastern District of Washington



## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stephanie Anne Strong    Case Number: 2:07CR00148-WFN-1

Address of Offender:    Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 5, 2009

Original Offense:    Theft or Receipt of Stolen Mail, 18 U.S.C. § 1708; Bank Fraud, 18 U.S.C. § 1344

Original Sentence:   Prison - 30 months;            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Pamela Jackson Byerly        Date Supervision Commenced: December 23, 2013

Defense Attorney:    Amy Rubin                    Date Supervision Expires: December 22, 2016

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 22**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On October 14, 2014, the undersigned officer received notification that Ms. Strong had "stalled" on her urinalysis (UA) test on October 13, 2014. The undersigned officer placed a call to Ms. Strong on October 14, 2014, and left a message directing her to report to the U.S. Probation Office to address her "stalled" attempt. Ms. Strong reported on October 15, 2014, to the United States Probation Office and admitted to United States Probation Officer (USPO) Lerch that she had used methamphetamine on October 12, 2014, and signed a drug use admission form documenting her use. |
| | On October 28, 2014, the undersigned officer received a voice message left by Ms. Strong the day prior (October 27, 2014), indicating that she would most likely miss her scheduled urinalysis test that day, but that she could come in to the U.S. Probation Office the following day. The undersigned officer placed a call to Ms. Strong on October 28, 2014. During the phone call, Ms. Strong denied the use of illicit drugs. Ms. Strong was directed to report to the United States Probation Office to address the missed UA, and Ms. Strong agreed to |

Prob12C
Re: Strong, Stephanie Anne
November 7, 2014
Page 2

report. Upon arriving at the United State Probation Office, Ms. Strong was unable to provide a UA and was sent to ADEPT for testing. The UA test conducted at ADEPT was positive for methamphetamine, and while she initially denied use, the undersigned officer received a call from Ms. Strong on October 30, 2014, and she admitted to using methamphetamine three to four times over the past week. Ms. Strong subsequently reported to the office and signed a drug use admission form.

On November 7, 2014, the undersigned officer received another phone call from Ms. Strong stating that she had again used drugs the previous night and that she wanted to notify the undersigned prior to the undersigned officer hearing it from ADEPT. Approximately 30 minutes later the undersigned officer received a phone call from ADEPT staff confirming the positive test.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 7, 2014

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11/7/14
Date