PROB 12C
(7/93)

Report Date: January 12, 2016

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 13 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stephanie Anne Strong          Case Number: 0980 2:07CR00148-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 5, 2009

| | | |
|---|---|---|
| Original Offense: | Theft or Receipt of Stolen Mail, 18 U.S.C. § 1708; Bank Fraud, 18 U.S.C. § 1344 | |
| Original Sentence: | Prison 30 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: |
| Defense Attorney: | Roger Peven | Date Supervision Expires: |

===

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/07/2014 and 12/28/2015.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |
| | **Supporting Evidence**: As of January 8, 2016, Ms. Strong has failed to submit her monthly supervision report for the month of December 2015, that was due on or before January 5, 2016. |
| 5 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On January 5, 2016, Stephanie Strong was directed via telephone and email to report to the U.S. Probation Office at 1:30 PM. She failed to report as directed on January 5, 2016, and her whereabouts at the time of this report are unknown. |
| 6 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: On January 7, 2016, Stephanie Strong failed to report to the Eastern District of Washington Sobriety Treatment and Education Program (STEP), as directed.

7  **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

**Supporting Evidence**: Stephanie Strong absconded from the Port of Hope Residential Reentry Center (RRC) on December 24, 2015. Since absconding from the RRC, she has failed to report where she is residing. Subsequently, Stephanie Strong is prohibiting the undersigned officer from visiting her at any time at home.

8  **Special Condition # 21**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Stephanie Strong was participating in substance abuse treatment services at the Port of Hope RRC. Following the defendant's absconding from the Port of Hope on December 24, 2015, she has failed to participate in substance abuse treatment as required.

9  **Special Condition # 22**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Stephanie Strong was participating in substance abuse testing services at the Port of Hope RRC. Following the defendant's absconding from the Port of Hope on December 24, 2015, she has failed to participate in substance abuse testing as required.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    1/12/2016

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
**Re: Strong, Stephanie Anne**
**January 12, 2016**
**Page 3**


THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the
      case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_____
Date